**Exhibit 1**

**Trademark Registration**

# United States of America
### United States Patent and Trademark Office

# Beauty of Joseon

**Reg. No. 7,510,495**

**Registered Sep. 24, 2024**

**Int. Cl.: 3, 35**

**Service Mark**

**Trademark**

**Principal Register**

GOODAI GLOBAL INC. (REPUBLIC OF KOREA CORPORATION)
502-ho, 5F, 5, Digital-ro 26-gil,
Guro-gu Seoul
REPUBLIC OF KOREA

CLASS 3: Non-medicated exfoliating preparations for skin; anti-ageing cosmetic preparations; make-up; moisturizing creams, lotions and gels; body wash; body creams; blemish balm creams, namely, BB creams; sunscreen preparations; beauty serums; skin cleansing creams; skin toners; eye cream; essential oils; cosmetic soaps for personal use; cologne; facial cleansers; perfume; hair shampoo; mask packs for cosmetic purposes; cosmetics

CLASS 35: Retail store services featuring make-up; retail store services featuring body wash; retail store services featuring body cream; retail store services featuring bok jumeoni, namely, Korean traditional lucky pouches for clothing decoration; organization of exhibitions for commercial purposes; retail store services featuring sunscreen preparations; retail store services featuring hand mirrors; leasing of advertising space on websites; retail store services featuring deodorizing apparatus for personal use; retail store services featuring soaps for personal use; retail store services featuring facial cleansers; retail store services featuring perfume; retail store services featuring toiletry cases sold empty; retail store services featuring mask packs for cosmetic purposes; retail store services featuring cosmetic utensils; advertising services relating to cosmetics; providing consumer product information relating to cosmetics; retail store services featuring cosmetics; retail store services featuring cosmetic bags sold empty; retail store services featuring cosmetic cases sold empty

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 04-07-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1755801 DATED 08-04-2023, EXPIRES 08-04-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEAUTY"

SER. NO. 79-380,868, FILED 08-04-2023

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,510,569**
**Registered Sep. 24, 2024**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

GOODAI GLOBAL INC. (REPUBLIC OF KOREA CORPORATION)
502ho, 5F, 5, Digital-ro 26-gil,
Guro-gu Seoul
REPUBLIC OF KOREA

CLASS 3: Cosmetics; cosmetic preparations for skin care; skin whitening creams; anti-aging cosmetic preparations; beauty creams; anti-wrinkle creams; tissues impregnated with cosmetics; oils for cleaning purposes; beauty soap; skin cleansers; anti-wrinkle creams for cosmetic use; skin hydrators for cosmetic purposes; non-medicated skin care preparations, namely, functional cosmetics; make-up; body and beauty care cosmetics; cosmetic preparations for hair care

The color(s) black, white and red is/are claimed as a feature of the mark.

The black Hangeul characters 'Joseon' and 'Mi Nyeo' are arranged in two lines at the center of the mark; the lower right side of the mark features a red square seal with the white Hangeul text 'Cracle In' written inside.

The mark consists of black Hanguel characters on two lines that transliterate to "Joseon" and "Mi Nyeo", with a smaller red seal, in the lower right, that contains smaller white Hanguel characters that transliterate to "Cracle In".

OWNER OF INTERNATIONAL REGISTRATION 1730282 DATED 04-04-2023, EXPIRES 04-04-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: the non-Latin characters that transliterate to "MI NYEO"

Beauty of Joseon (the name of a historical Korean dynasty), Sealing of Cracle (the name of the former distributor of the brand).

The non-Latin characters in the mark transliterate to "JOSEON" and "MI NYEO" and this means "Joseon (former Korean Dynasty)" and "beauty" in English. The non-Latin

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



characters in the mark transliterate to "CRACLE IN" and this has no meaning in a foreign language.

SER. NO. 79-385,044, FILED 10-31-2023