**Exhibit 1**

**Copyright Registration**

| | |
|---:|:---|
| **Registration #:** | VA0002448497 |
| **Service Request #:** | 1-14936315247 |

## Mail Certificate

GoodAI Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

| | | | |
|---:|:---|---:|:---|
| **Priority:** | Special Handling | **Application Date:** | June 06, 2025 |

## Correspondent

| | |
|---:|:---|
| **Organization Name:** | GoodAI Global Inc. |
| **Name:** | Gyucheol Sim |
| **Email:** | elfcopyrighthelper@outlook.com |
| **Address:** | 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu |
| | Seoul 152740 Korea, South |

Registration Number
**VA 2-448-497**
Effective Date of Registration:
June 06, 2025
Registration Decision Date:
June 10, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 01, 2023 to November 11, 2023

### Title

| | |
|---|---|
| **Title of Group:** | Beauty of Joseon 2023 |
| **Number of Photographs in Group:** | 23 |
| • **Individual Photographs:** | BOJ-15 |
| **Published:** | June 2023 |
| • **Individual Photographs:** | BOJ-03, BOJ-04, BOJ-05, BOJ-06, BOJ-07, BOJ-08, |
| **Published:** | July 2023 |
| • **Individual Photographs:** | BOJ-17, BOJ-18, BOJ-19, BOJ-20, BOJ-21, BOJ-23, BOJ-24, BOJ-25, BOJ-26, BOJ-27, BOJ-28, BOJ-29, BOJ-31, BOJ-32, BOJ-33 |
| **Published:** | September 2023 |
| • **Individual Photographs:** | BOJ-01 |
| **Published:** | November 2023 |

### Completion/Publication

|  |  |
|---:|:---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | June 01, 2023 |
| **Latest Publication Date in Group:** | November 11, 2023 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** GoodAI Global Inc.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Citizen of:** Korea, South

## Copyright Claimant

**Copyright Claimant:** GoodAI Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu, Seoul, 152740, Korea, South

## Rights and Permissions

**Organization Name:** GoodAI Global Inc.
**Address:** 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

## Certification

**Name:** Shreya Tiwari
**Date:** June 06, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VA0002448499
**Service Request #:** 1-14936315142

## Mail Certificate

GoodAI Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

**Priority:** Special Handling  **Application Date:** June 06, 2025

## Correspondent

**Organization Name:** GoodAI Global Inc.
**Name:** Gyucheol Sim
**Email:** elfcopyrighthelper@outlook.com
**Address:** 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

**Registration Number**

**VA 2-448-499**

**Effective Date of Registration:**
June 06, 2025
**Registration Decision Date:**
June 10, 2025

## Title

    **Title of Work:** BOJ-30

## Completion/Publication

    **Year of Completion:** 2024
    **Date of 1st Publication:** April 14, 2024
    **Nation of 1st Publication:** United States

## Author

-     **Author:** GoodAI Global Inc.
    **Author Created:** photograph
    **Work made for hire:** Yes
    **Citizen of:** Korea, South

## Copyright Claimant

    **Copyright Claimant:** GoodAI Global Inc.
    502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu, Seoul, 152740, Korea, South

## Rights and Permissions

    **Organization Name:** GoodAI Global Inc.
    **Address:** 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
    Seoul 152740 Korea, South

## Certification

    **Name:** Shreya Tiwari
    **Date:** June 06, 2025

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |

|  |  |
|---:|:---|
| **Registration #:** | VA0002448502 |
| **Service Request #:** | 1-14936315051 |

## Mail Certificate

GoodAI Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

| | | | |
|---:|:---|---:|:---|
| **Priority:** | Special Handling | **Application Date:** | June 06, 2025 |

## Correspondent

| | |
|---:|:---|
| **Organization Name:** | GoodAI Global Inc. |
| **Name:** | Gyucheol Sim |
| **Email:** | elfcopyrighthelper@outlook.com |
| **Address:** | 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu |
| | Seoul 152740 Korea, South |

**Registration Number**

**VA 2-448-502**

**Effective Date of Registration:**
June 06, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** BOJ-02

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 14, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** GoodAI Global Inc.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** Korea, South

## Copyright Claimant

**Copyright Claimant:** GoodAI Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu, Seoul, 152740, Korea, South

## Rights and Permissions

**Organization Name:** GoodAI Global Inc.
**Address:** 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

## Certification

**Name:** Shreya Tiwari
**Date:** June 06, 2025

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |

**Registration #:** VA0002448505
**Service Request #:** 1-14936315115

## Mail Certificate

GoodAI Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

**Priority:** Special Handling **Application Date:** June 06, 2025

## Correspondent

**Organization Name:** GoodAI Global Inc.
**Name:** Gyucheol Sim
**Email:** elfcopyrighthelper@outlook.com
**Address:** 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

**Registration Number**

**VA 2-448-505**

**Effective Date of Registration:**
June 06, 2025
**Registration Decision Date:**
June 10, 2025

## Title

**Title of Work:** BOJ-22

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 14, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** GoodAI Global Inc.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** Korea, South

## Copyright Claimant

**Copyright Claimant:** GoodAI Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu, Seoul, 152740, Korea, South

## Rights and Permissions

**Organization Name:** GoodAI Global Inc.
**Address:** 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 152740 Korea, South

## Certification

**Name:** Shreya Tiwari
**Date**: June 06, 2025

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-463-101

**Effective Date of Registration:**
July 02, 2025
**Registration Decision Date:**
September 16, 2025

## Supplementary Registration

Supplement To: VA0002448499, 2025

## Title

Title of Work: BOJ-30

## Completion/Publication

Year of Completion: 2024
Date of 1st Publication: April 14, 2024
Nation of 1st Publication: United States

## Author

- Author: Goodai Global Inc.
  Author Created: photograph
  Work made for hire: Yes
  Citizen of: Korea, South

## Copyright Claimant

Copyright Claimant: Goodai Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu, Seoul, 08389, Korea, South

## Rights and Permissions

Organization Name: Goodai Global Inc.
Email: ip@goodai-global.com
Address: 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 08389 Korea, South

## Certification

Page 1 of 2

**Name:** Shreya Tiwari, Authorized agent of Goodai Global Inc.
**Date:** July 02, 2025

---

**Explanation of Corrections:** The company name was incorrectly entered as 'GoodAI Global Inc.'; it should be 'Goodai Global Inc.'. Additionally, the pincode was mistakenly recorded as '152740' instead of the correct '08389'.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-463-102

**Effective Date of Registration:**
July 02, 2025
**Registration Decision Date:**
September 16, 2025

## Supplementary Registration

Supplement To: VA0002448502, 2025

## Title

Title of Work: BOJ-02

## Completion/Publication

Year of Completion: 2024
Date of 1st Publication: April 14, 2024
Nation of 1st Publication: United States

## Author

- Author: Goodai Global Inc.
  Author Created: photograph
  Work made for hire: Yes
  Citizen of: Korea, South

## Copyright Claimant

Copyright Claimant: Goodai Global Inc.
502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu, Seoul, 08389, Korea, South

## Rights and Permissions

Organization Name: Goodai Global Inc.
Email: ip@goodai-global.com
Address: 502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
Seoul 08389 Korea, South

## Certification

**Name:** Shreya Tiwari, Authorized agent of Goodai Global Inc.
**Date:** July 02, 2025

---

**Explanation of Corrections:** The company name was incorrectly entered as 'GoodAI Global Inc.'; it should be 'Goodai Global Inc.'. Additionally, the pincode was mistakenly recorded as '152740' instead of the correct '08389'.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-463-103**

**Effective Date of Registration:**
July 02, 2025
**Registration Decision Date:**
September 16, 2025

## Supplementary Registration

    Supplement To:    VA0002448505, 2025

## Title

    Title of Work:    BOJ-22

## Completion/Publication

    Year of Completion:    2024
    Date of 1st Publication:    April 14, 2024
    Nation of 1st Publication:    United States

## Author

-     Author:    Goodai Global Inc.
    Author Created:    photograph
    Work made for hire:    Yes
    Citizen of:    United States

## Copyright Claimant

    Copyright Claimant:    Goodai Global Inc.
    502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu, Seoul, 08389

## Rights and Permissions

    Organization Name:    Goodai Global Inc.
    Email:    ip@goodai-global.com
    Address:    502-ho, 5F, 5, Digital-ro 26-gil, Guro-gu
    Seoul 08389 Korea, South

## Certification

Page 1 of 2

**Name:** Shreya Tiwari, Authorized agent of Goodai Global Inc.
**Date:** July 02, 2025

**Explanation of Corrections:** The company name was incorrectly entered as 'GoodAI Global Inc.'; it should be 'Goodai Global Inc.'. Additionally, the pincode was mistakenly recorded as '152740' instead of the correct '08389'.