**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Goodai Global Inc. | ) | |
| | ) | Case No. 25-cv-12254 |
| v. | ) | |
| | ) | Judge: Hon. Virginia M. Kendall |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A (1) TEMPORARY
RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED
DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Asset

Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order on

an action arising out of 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a),

and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510. A Memorandum of

Law in Support is filed concurrently with this Motion.

Dated: October 16, 2025.          Respectfully submitted,


By:    s/David Gulbransen/
        David Gulbransen
        Attorney of Record

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com