## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Goodai Global Inc.., Ltd.

Plaintiff,

v.

Case No.: 1:25–cv–12254

Honorable Virginia M. Kendall

Partnerships and Unincorporated Associations
Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Status and Motion hearing held on 11/18/2025. Plaintiff's Motion for Preliminary Injunction [25] is granted. Order to follow. Status hearing set for 12/16/2025 at 9:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.