IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Goodai Global Inc. ) | |
| ) | Case No. 25-cv-12254 |
| v. ) | |
| ) | Judge: Hon. Virginia M. Kendall |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Dreams USA, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 146 | bigboom | bigboom |
| 205 | DongGuanShiDaSuDaYaGuoJiMaoYiYouXianGongSi | 101680615 |

Dated: December 8, 2025                                    Respectfully submitted,

                                        By:     s/David Gulbransen/
                                                David Gulbransen
                                                Attorney of Record

                                                David Gulbransen (#6296646)
                                                Law Office of David Gulbransen
                                                805 Lake Street, Suite 172
                                                Oak Park, IL 60302
                                                (312) 361-0825 p.
                                                david@gulbransenlaw.com