IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Goodai Global Inc. | ) | |
|---|---|---|
| | ) | Case No. 25-cv-12254 |
| v. | ) | |
| | ) | Judge: Hon. Virginia M. Kendall |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff and Does 215 and 217 having negotiated a settlement in good faith, and seek the approval and entry of a Consent Judgment in the following amounts:

| Doe | Store Name | Amount |
|---|---|---|
| 215 | JinYiTong | $2500.00 |
| 217 | zhengyixin | $1500.00 |

The payment of the agreed judgment is to be taken from the Defendants frozen accounts with the Walmart platform.

This court shall retain jurisdiction over this Consent Judgment and the Settlement Agreements entered into by the Parties.

Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
*Attorney for Plaintiff*

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com